FILED
9/11/2015 6:48:06 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2011-CI-20405

| | | |
|---|---|---|
| FASA FRICTION LABORATORIES, INC. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 45TH JUDICIAL DISTRICT |
| | § | |
| PEVETO COMPANIES, LTD. D/B/A | § | |
| BRAKE CHECK | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 8:55:23 AM
KEITH E. HOTTLE
Clerk

## PEVETO COMPANIES, LTD.'S NOTICE OF APPEAL

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/2015 8:55:23 AM
KEITH E. HOTTLE
Clerk

NOW COMES Peveto Companies, Ltd. d/b/a Brake Check ("Defendant") and files its Notice of Appeal of the Trial Court's Judgment signed on June 10, 2015, in the above-styled and numbered case.

1. The Trial Court for above-styled and numbered case is the 288th Judicial District Court, Bexar County, Texas, Judge Sol Casseb.

2. Defendant desires to appeal the Court's Judgment signed on June 10, 2015.

3. Defendant's appeal is to the Texas Fourth Court of Appeals.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Leslie Sara Hyman*
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
Ryan C. Reed
Texas State Bar No. 24065957
rreed@pulmanlaw.com

{00040970}

BARRY A. MCCLENAHAN
Texas State Bar No. 13404400
**THE MCCLENAHAN LAW FIRM, PLLC**
1901 NW Military Highway, Suite 218
San Antonio, Texas 78213
Telephone: (210) 525-9600
Facsimile: (210) 525-9602

**ATTORNEYS FOR PEVETO COMPANIES, LTD.**

## CERTIFICATE OF SERVICE

I certify that on the 11th day of September 2015, the foregoing Notice of Appeal has been transmitted in accordance with the requirements of the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure, addressed as follows:

*Via E-Filing and E-mail to*
*olopez@lopezscott.com:*

Mr. Orlando Lopez
Lopez Scott, L.L.C.
3707 N. St. Mary's Street, Suite 200
San Antonio, Texas 78212

*Via E-Filing and E-mail to*
*jennifer@esproncedalaw.com:*

Ms. Jennifer L. Espronceda
Espronceda Law, P.L.L.C.
7800 I.H. 10 West, Suite 800
San Antonio, Texas 78501

*Via E-Filing and E-mail to*
*marc@wojolaw.com:*

Mr. Marc J. Wojciechowski
Wojciechowski & Associates, P.C.
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman